FILED

DEC 1 2 2014

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER 14-mj-7106 |
| | ) | |
| EASTER JIMISON | ) | |
| | ) | |
| | ) | Title 18, United States Code, |
| Defendants. | ) | Sections 2113(a) and 2. |

## CRIMINAL COMPLAINT

I, Jon Parrish, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### BANK BURGLARY

On or about November 7, 2014, in St. Clair County, Illinois, within the Southern District of Illinois,

### EASTER JIMISON

defendant herein, entered or attempted to enter First Collinsville Bank-Caseyville, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony or any larceny affecting the bank. All in violation of Title 18, United States Code, Section 2113(a) and 2.

## COUNT 2

## BANK BURGLARY

On or about December 5, 2014, in St. Clair County, Illinois, within the Southern District of Illinois,

**EASTER JIMISON**

defendant herein, entered or attempted to enter The Bank of Edwardsville-Swansea Branch, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony or any larceny affecting the bank. All in violation of Title 18, United States Code, Section 2113(a) and 2.

## COUNT 3

## BANK BURGLARY

On or about December 10, 2014, in Madison County, Illinois, within the Southern District of Illinois,

**EASTER JIMISON**

defendant herein, entered or attempted to enter First Collinsville Bank-Maryville Branch, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony or any larceny affecting the bank. All in violation of Title 18, United States Code, Section 2113(a) and 2.

# AFFIDAVIT

Your affiant, Jon A. Parrish, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for approximately ten years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has ten years prior state law enforcement experience as a State Trooper for the Missouri State Highway Patrol. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1) On November 7, 2014 a black female entered the First Collinsville Bank (FCB) in Caseyville, Illinois which is within the county of St. Clair. The female was wearing dark pants, dark shoes with white trim, a camouflage baseball style hat, gloves, and a black coat bearing a gold colored badge similar to that of a security guard type coat. As the female entered the bank, a bank employee with the initials P.H. greeted the female by saying "good morning". The female ignored P.H., kept her (the female's) face down and walked to a table in the middle of the lobby where people fill out bank slips where she appeared to write something.

2) The female then walked to the teller window where a bank teller with the initials B.F. was working. The female placed a blank deposit slip and a separate piece of paper on the counter in front of B.F. B.F. recalled the note read as follows: "Put the money in a bag. Act normal. Don't look around." B.F. complied and as she was placing stacks of bills on the

counter, the female said, "Act normal". As B.F. placed more money on the counter, the female said "That's enough", put the money inside her coat and walked out the front door of the bank taking the note and deposit slip with her. B.F. described the female as being 5'05" or 5'06" with a medium complexion, wore a green sock hat covered by a camouflage ball cap with some type of emblem, wore a black coat with a yellow security badge with the word "security" embroidered underneath, a black shirt under the coat, and black pants.

3) After the female left the bank, B.F. announced she had been robbed at which time P.H. immediately went to the front window and watched the female get in a silver Nissan Versa SL with no license plate or frame.

4) As a result, the FCB Caseyville Branch suffered a loss of $4,621.

5) On December 10, 2014 a black female arrived at the FCB located in Maryville, Illinois which is located within the county of Madison. A bank employee with the initials J.G. was outside the bank at the time and observed the female arrive in a small silver Toyota or Nissan car. J.G. noted the vehicle had no rear license plate. J.G. approached the female and said, "hello" at which time the female immediately turned her head away from J.G. and did not speak to J.G. J.G. then followed the female in the bank and observed the female as she eventually walked to the teller window where a bank teller with the initials D.D. was working.

6) D.D. advised that when the female approached her (D.D.'s) window, the female kept her head down as she (the female) unfolded a robbery note for D.D. to read. The demand note read something to the effect of, "act normal", and "withdrawal". D.D. complied with the demand note. The female then left the bank taking the money and the demand note with her.

7) D.D. described the female as black, approximately 25-35 years old, 5'4" tall, approximately 165 pounds and wearing dark colored pants, knee pads, dark colored hoodie, and no gloves.

8) After the female exited the bank, a bank employee with the initials C.S. observed the female get in the silver car with no rear license plate and pull quickly out of the parking lot.

9) During the law enforcement response and investigation at the bank, bank employees advised the bank had suffered a loss of $864. A review of the bank video and comparisons to the FCB Caseyville robbery led investigators to believe the female in both instances to be the same individual.

10) On December 11, 2014 investigators learned of an attempted robbery of the Bank of Edwardsville in Swansea, Illinois which had occurred on December 5, 2014. During the attempted robbery, a black female matching the same general description displayed a demand note to a teller with the initials M.R. The demand note read "give me the money, this is not a joke" M.R. gathered the money from her drawer and placed it on the counter. The female then stated she (the female) couldn't do it and began to apologize stating she needed the money for rent.

11) As this was happening an employee with the initials M.H. approached the female and M.R. The three had a brief conversation and the female was referred to a religious organization for possible financial assistance. The female then left without the money but took the demand note.

12) Investigators learned the female was referred to St. Henry's Church for possible financial assistance. An official with St. Henry's Church with the initials K.Y. advised they had recently spoken to a female who provided the name of Easter Jimison. Jimison provided K.Y.

and address of 1225 Ridge Avenue in Collinsville, Illinois and had inquired about assistance in paying Jimison's rent.

13) A computer check revealed that Jimison currently has a Nissan Versa registered in her name. Jimison was contacted at her residence located at 1225 Ridge Avenue in Collinsville. Upon arrival at Jimison's residence, a silver Nissan Versa was parked in the driveway. Jimison initially denied having any involvement with the above mentioned incidents and gave consent for investigators to search the residence and her vehicle.

14) Located in the Nissan Versa, contained in a black bag, was a black coat with a gold badge and the words security embroidered on it, a green knit cap, and camouflage baseball style hat identical to the clothing worn in the FCB Caseyville robbery. Inspection of the Versa revealed the rear license plate was being held on by two screws. Both of the screws were only inserted approximately half way and appeared to have recently been adjusted.

15) Investigators then requested Jimison accompany them to the Maryville Police Department to provide a recorded statement. Jimison agreed to do so.

16) After arriving at the Maryville Police Department, Jimison was advised of her rights per Miranda. During questioning Jimison confessed to the aforementioned robberies of the FCB in Caseyville and the FCB in Maryville as well as the attempted robbery of the Bank of Edwardsville in Swansea.

17) At the conclusion of the interview, Jimison was placed under arrest and was transported to the St. Clair County Jail to be held pending an initial appearance in United States District Court, Southern District of Illinois.

18) At the time of the robberies of the FCB in Caseyville and the FCB in Maryville both banks were insured by the Federal Deposit Insurance Corporation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
JON A. PARRISH,
Special Agent, Federal Bureau of Investigation

State of Illinois      )
                       )  SS.
County of St. Clair    )

Sworn to before me and subscribed in my presence on the 18th day of February, 2014, at East St. Louis, Illinois.

_____
HONORABLE STEPHEN C. WILLIAMS
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

MICHAEL HALLOCK
Special Assistant United States Attorney